

FILED
SEP - 8 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  AUSTON R. LONG

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:11-MJ-00282 DAD
                                 )
12              Plaintiff,       )
                                 ) ~~PROPOSED~~ DAD TRANSPORTATION ORDER
13      v.                       )
                                 )
14 AUSTON LONG,                  ) Date:  September 8, 2011
                                 ) Judge: Dale A. Drozd
15              Defendant.       )
                                 )
16                               )
                                 )
17 _____)

18

19 TO: **UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

20     This is to authorize and direct you to furnish the above named

21 defendant, AUSTON LONG, the cost of or an actual ticket (bus or amtrak)

22 for travel from Sacramento, California to Oakhills (or the vicinity of

23 Victorville, California) pursuant to 18 U.S.C. § 4285.

24     The defendant, Mr. Long, will be released from the jail on

25 September 8, 2011 and his future court appearances will be in the

26 Central District of California.  Mr. Long is indigent and has been in

27 prison for some time.  The Court has been presented with information

28 indicating that he is without means to purchase his own ticket.

1  **IT IS SO ORDERED.**

2  Dated:  September  8 , 2011

                                                 _Dale A. Drozd_

3                                           HON. DALE A. DROZD
                                         U.S. Magistrate Court Judge

Order for Transportation                      -2-