UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 8, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>             Plaintiff,                      )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>AUSTON LONG,                             )<br>                                                           )<br>             Defendant.                   ) | Case No. 2;11-MJ-00282-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AUSTON LONG</u>, Case No. <u>2;11-MJ-00282-DAD</u>, Charge <u>Destroy Government Property</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ✔   Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

         __   Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         ✔   (Other)   *Travel to Victorville area, check in w/ parole agent w/i 24 hrs.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>September 8, 2011</u> at _____3:05_____ pm.

By   *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge